**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SLAYDEN PLUMBING & HEATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL SERVICES ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-00310-SLG |

## SCHEDULING AND PLANNING ORDER

### I.  Meeting of the Parties

Based upon information available to the Court through a Scheduling and Planning Conference Report completed by the parties pursuant to Rules 16(a) and 26(f) of the Federal Rules of Civil Procedure and to Local Civil Rules 16.1 and 26.1(b) (Dkt. 17), and, if one was held, the scheduling and planning conference, this order for the pretrial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure.

**This order may be modified only for good cause shown and with the consent of the Court.  *See* Rule 16(b)(4), Federal Rules of Civil Procedure.**

### II.  Discovery Plan

Discovery shall be conducted in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure, any applicable Local Civil Rules, and the

discovery plan specified in the Scheduling and Planning Conference Report of the parties, except as otherwise provided below.

A. **Timing, Form, and Disclosure Requirements.** The parties agree that discovery is not necessary in this case.

B. **Preservation of Discovery, Including Electronically Stored Information (ESI).**

1. No issues have been reported as regards disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced.

2. Preservation of non-ESI discovery.

   (a) ☒ There is no indication that this will be an issue.

   (b) ☐ The parties may proceed as they have proposed.

C. **Claims of Privilege or Protection of Attorney Work Product.**

Claims of privilege or protection of trial preparation materials shall be handled as follows:

1. ☒ There is no indication that this will be an issue.

2. ☐ The parties have entered into a confidentiality agreement.

3. ☐ The parties shall file their proposed confidentiality agreement on or before _____.

**III. Pretrial Motions.**

**A.** Preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation shall be served and filed not later than:

1. ☒ Not applicable.

2. ☐ **[Date:]**

**B.** Motions to amend, motions under the discovery rules, motions *in limine*, and dispositive motions:

1. ☐ Motions shall be served and filed within the times specified by the applicable rules, including Local Rules 7.2, 7.3, and 16.1(c), except as indicated below.

2. ☒ Motions to amend pleadings, including motions to add parties, shall be served and filed not later than **April 7, 2026.** Thereafter, a party must seek leave of the Court to modify this deadline. *See* Rule 16(b)(3)(A) and (b)(4), Federal Rules of Civil Procedure.

3. ☒ Dispositive motions shall be filed and served as specified below.

**IV. Trial.**

The parties expect this case to be resolved on summary judgment.

**V. Other Provisions.**

A. **Court Conference.** The parties have not requested a conference with the Court before entry of a scheduling order.

B. **Consent to Proceed before a Magistrate Judge.** The parties have not consented to trial before a Magistrate Judge.

C. **Early Settlement / Alternative Dispute Resolution.** The parties have considered and reported to the Court regarding possible alternative dispute resolution procedures.

D. **Related Cases.** The parties have reported to the Court regarding any related cases as defined by Local Civil Rule 16.1(e).

E. **Chambers Copies.** The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits/Attachments must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

**F. Additional Deadlines.** The Court adopts the parties' agreed-upon production and briefing schedule as follows

- Production of Agency Record: **March 2, 2026**

- Plaintiff's motion for summary judgment: **March 27, 2026**

- Defendants' combined opposition and cross-motion for summary judgment: **April 24, 2026**

- Plaintiff's combined reply and opposition: **May 8, 2026**

- Defendants' reply: **May 22, 2026**

DATED this 9th day of February, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE