MICHAEL J. HEYMAN
United States Attorney

E. BRYAN WILSON
NOAH ROETMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov
Email: Noah.Roetman@usdoj.gov

Attorneys for Defendant Douglas Burgum

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SLAYDEN PLUMBING & HEATING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL SERVICES ADMINISTRATION; JEFFREY KOSES, in his official capacity as Senior Procurement Executive, General Services Administration; DEPARTMENT OF DEFENSE; JOHN TENAGLIA, in his official capacity as Principal Director, Defense Pricing and Contracting, Office of Secretary of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; MARVIN HORNE, in his official capacity as Assistant Administrator for Procurement, National Aeronautics and Space Administration; FEDERAL ACQUISITION REGULATORY COUNCIL; KEVIN RHODES, in his official capacity as Chair of the Federal Acquisition | Case No. 3:25-cv-00310-SLG |

| | |
|---|---|
| Regulatory Council and Administrator of the Office of Federal Procurement Policy, Office of Management and Budget; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# DECLARATION OF RICHARD HUGHES
## CERTIFYING THE ADMINISTRATIVE RECORD

I, Richard Hughes, declare as follows:

1. I am employed by the U.S. General Services Administration as Acting Associate General Counsel for the Claims & Litigation Division of the Office of the General Counsel.

2. I am familiar with the documents that are contained in the aforementioned matters and compiled and verified the Administrative Record in this case.

3. To the best of my knowledge and belief, it is hereby certified that the material annexed and described in the index and filed contemporaneously therewith constitute a true, correct, and complete copy of the Administrative Record in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Slayden Plumbing & Heating, Inc. v. GSA, et al.*  Page 2 of 3
Case No. 3:25-cv-00310-SLG

Executed this 26th day of February 2026, at Anchorage, Alaska.

Richard Hughes
Digitally signed by Richard Hughes
Date: 2026.02.26 15:36:01 -05'00'

Richard Hughes
Associate General Counsel (Acting)
Claims & Litigation Division
Office of the General Counsel
U.S. General Services Administration

**CERTIFICATE OF SERVICE**
I hereby certify that on March 2, 2026,
a true and correct copy of the foregoing
was served electronically on the following:

Kerry Hunt, Tenn. Bar. No. 037742*
Charles M. Brandt, D.C. Bar No. 90029325*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
KerryHunt@pacificlegal.org
CBrandt@pacificlegal.org

Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
LWake@pacificlegal.org
*Pro Hac Vice
*Attorneys for Plaintiff*
*Slayden Plumbing & Heating, Inc.*

/s/ E. Bryan Wilson
Office of the U.S. Attorney