Kerry Hunt, Tenn. Bar No. 037742*
Charles M. Brandt, D.C. Bar No. 90029325*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
KerryHunt@pacificlegal.org
CBrandt@pacificlegal.org

Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
LWake@pacificlegal.org

*Pro Hac Vice
Attorneys for Plaintiff
Slayden Plumbing & Heating, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SLAYDEN PLUMBING & HEATING, INC., | Case No. 3:25-cv-00310-SLG |
| Plaintiff, | |
| v. | |
| GENERAL SERVICES ADMINISTRATION; JEFFREY KOSES, in his official capacity as Senior Procurement Executive, General Services Administration; DEPARTMENT OF DEFENSE; JOHN TENAGLIA, in his official capacity as Principal Director, Defense Pricing and Contracting, Office of Secretary of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; MARVIN HORNE, in his official | |

*Slayden Plumbing & Heating, Inc. v. GSA, et al.* 1
No. 3:25-cv-00310-SLG

capacity as Assistant Administrator for Procurement, National Aeronautics and Space Administration; FEDERAL ACQUISITION REGULATORY COUNCIL; KEVIN RHODES, in his official capacity as Chair of the Federal Acquisition Regulatory Council and Administrator of the Office of Federal Procurement Policy, Office of Management and Budget; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,

Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW COUNSEL KERRY HUNT

In accordance with Local Civil Rule 11.1(c), Kerry Hunt, counsel for Plaintiff, respectfully moves for leave to withdraw as counsel for Plaintiff, and states the following in support thereof:

1. Effective March 30, 2026, Ms. Hunt was no longer employed at Pacific Legal Foundation;

2. Attorneys Luke A. Wake and Charles M. Brandt of Pacific Legal Foundation will remain as counsel and continue to represent Plaintiff in this matter; and

3. The client, Slayden Plumbing & Hearing, Inc., consents to Ms. Hunt's withdrawal as counsel.

Respectfully submitted,

KERRY HUNT*
LUKE A. WAKE*
CHARLES M. BRANDT*

By___/s/ Kerry Hunt_____
KERRY HUNT, *Pro Hac Vice*
Tenn. Bar No. 037742

*Attorneys for Plaintiff*
*Slayden Heating & Plumbing. Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 31, 2026, I filed the foregoing using the Court's

ECF system, which will provide service to all counsel of record.

___/s/ Kerry Hunt_____
KERRY HUNT, *Pro Hac Vice*