Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
LWake@pacificlegal.org

Charles M. Brandt, 90029325*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Cbrandt@pacificlegal.org

*Pro Hac Vice

Attorneys for Plaintiff
Slayden Plumbing & Heating, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SLAYDEN PLUMBING & HEATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL SERVICES ADMINISTRATION; JEFFREY KOSES, in his official capacity as Senior Procurement Executive, General Services Administration; DEPARTMENT OF DEFENSE; JOHN TENAGLIA, in his official capacity as Principal Director, Defense Pricing and Contracting, Office of Secretary of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; MARVIN HORNE, in his official capacity as Assistant Administrator | Case No 3:25-cv-00310-SLG |

*Slayden Plumbing & Heating, Inc. v. GSA, et al.*  1
No. 3:25-cv-00310-SLG

for Procurement, National Aeronautics and Space Administration; FEDERAL ACQUISITION REGULATORY COUNCIL; KEVIN RHODES, in his official capacity as Chair of the Federal Acquisition Regulatory Council and Administrator of the Office of Federal Procurement Policy, Office of Management and Budget; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,

Defendants.

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(f), Plaintiff Slayden Plumbing & Heating, Inc. hereby requests oral argument on its pending motion for summary judgment.

Respectfully submitted,

LUKE A. WAKE*
CHARLES M. BRANDT*

By    /s/ *Luke A. Wake*
LUKE A. WAKE, *Pro Hac Vice*
Cal. Bar No. 264647

*Attorneys for Plaintiff*
*Slayden Plumbing & Heating, Inc.*

*\*Pro Hac Vice*

*Slayden Plumbing & Heating, Inc. v. GSA, et al.*  2
No. 3:25-cv-00310-SLG
Case 3:25-cv-00310-SLG    Document 22    Filed 04/01/26    Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on April 1, 2026, I filed the foregoing using the Court's ECF system, which will provide service to all counsel of record.

/s/ Luke A. Wake
LUKE A. WAKE, *Pro Hac Vice*
