# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SLAYDEN PLUMBING & HEATING, INC.,

        Plaintiff,

      v.

GENERAL SERVICES ADMINISTRATION, *et al.*,

        Defendants.

Case No. 3:25-cv-00310-SLG

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Before the Court at Docket 24 is Defendants' Unopposed Motion to Extend Briefing Schedule. Defendants' motion is **GRANTED** and IT IS HEREBY ORDERED that the briefing schedule is revised as follows:

- Defendants' Combined Opposition/Cross-Motion for Summary Judgment shall be filed no later than **May 22, 2026**;

- Plaintiff's Combined Reply/Opposition to the Motion for Summary Judgment shall be filed no later than **June 5, 2026**; and

- Defendants' Reply shall be filed no later than **June 22, 2026**.

DATED this 23rd day of April, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE