**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SLAYDEN PLUMBING & HEATING, INC.,<br><br>Plaintiff,<br>v.<br><br>GENERAL SERVICES ADMINISTRATION, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-00310-SLG |

**ORDER ON REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before the Court at Docket 22 is Plaintiff Slayden Plumbing & Heating, Inc.'s Request for Oral Argument on Plaintiff's Motion for Summary Judgment. No response was filed.

Accordingly, oral argument on the cross motions for summary judgment is hereby scheduled for **October 2, 2026, at 10:30 a.m.** in Anchorage Courtroom 2. The parties will have up to 20 minutes per side.

IT IS SO ORDERED this 15th day of July, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE